Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

INTERWEB, INC., Appellant, v iPAYMENT, INC., Respondent.
Submitted January 10, 2005; decided February 15, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

K., Appellant, v B., Respondent.
Submitted January 18, 2005; decided February 15, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent is not on a question of law (CPLR 5601 [a]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELVIN C. LEWIS, Appellant, v JOHN BURGE, as Superintendent of Auburn Correctional Facility, et al., Respondents.
Submitted January 3, 2005; decided February 15, 2005

Motion for leave to appeal dismissed upon the ground that this motion for leave to appeal does not lie from the order of the individual Justice of the Appellate Division (*see* NY Const, art VI, § 3; CPLR 5602). Motion for poor person relief dismissed as academic.

HOWARD PORTER, Appellant, v ANNETTE PORTER, Respondent.
Submitted December 27, 2004; decided February 15, 2005

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]). Motion for poor person relief dismissed as academic.

TOMAZ MENDES REGATOS, Respondent, v NORTH FORK BANK et al., Appellants, et al., Defendant.
Submitted January 24, 2005; decided February 15, 2005

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.17 of the